**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-6134**

───────────

RANDALL LEE CONRAD,

                Plaintiff - Appellant,

        v.

FEDERAL BUREAU OF PRISONS; DEPT. OF JUSTICE; R. A. PERDUE,
Warden; MR. CREASY, Counselor; MS. WILSON, Secretary; MRS.
THROPE, Officer,

                Defendants – Appellees,

        and

NUMEROUS FCI GILMER EMPLOYEES, Officers, Secretaries,
Counselors, Case Managers, etc.,

                Defendants.

───────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  Gina M. Groh,
District Judge. (3:12-cv-00133-GMG-JES)

───────────

Submitted: April 24, 2014         Decided: April 29, 2014

───────────

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Randall Lee Conrad, Appellant Pro Se.  Alan McGonigal, Assistant
United States Attorney, Wheeling, West Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Lee Conrad appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Conrad v. Federal Bureau of Prisons</u>, No. 3:12-cv-00133-GMG-JES (N.D.W. Va. Jan. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>